

FILED

05/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0188

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0188

BANNER LEE BOYD,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAY 2 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

---

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on May 24, 2023, this Court has determined that the brief does not comply with the Rule 10. Rule 10(2) provides in part:

> Service of all papers required. Copies of all papers, including any transcript, filed by any party and not required by these rules to be served by the clerk of the supreme court shall, at or before the time of filing, be served by the party on all other parties to the appeal or review. Service on a party represented by counsel shall be made on counsel. *In criminal cases appealed by the defendant and in appeals relating to involuntary commitment and proceedings regarding abused or neglected children, all briefs, motions, and other papers, not including transcripts, shall be served on both the county attorney and the attorney general.*

(Emphasis added.) Rule 10(4), in turn, provides:

> Proof of service. Papers presented for filing shall contain a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service.

Further, Montana Rule of Appellate Procedure 12(1)(i) requires that the judgment, order, findings of fact, conclusions of law, or decision in question, together with the

1

memorandum opinion, if any, in support thereof, be contained in Appellant's brief to this Court. Mr. Boyd's brief contains neither a Certificate of Service nor the underlying order which he is appealing.

Therefore,

IT IS ORDERED that within thirty days of the date of this Order, Appellant shall file a copy of the judgment or order appealed from with the Clerk of this Court and serve one copy upon each counsel of record in conformity with M. R. App. P. 10(2).

IT IS FURTHER ORDERED that Appellant serve all other parties in compliance with M.R. App. P. 10(2) in the manner provided by M. R. App. P 10(3) and shall provide a certificate of service that complies with M. R. App. P 10(4).

IT IS FURTHER ORDERED, to assist Appellant in complying with Court rules, the Clerk is directed to provide him with a copy of the Civil Handbook for proceeding before the Supreme Court without an attorney.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the judgment or order appealed from.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to Appellant and to all counsel of record.

DATED this 25th day of May, 2023.

For the Court,

By _____
Justice

2